| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* |
|---|---|---|
| | | 0315 1:99CR00043-004 |
| | TRANSFER OF JURISDICTION | DOCKET NUMBER *(Rec. Court)* |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Darrick Ambush<br>1725 Yorktowne Drive<br>Apt. C<br>York, PA 17408-2254 | Western District Of Pennsylvania | United States Probation Office |
| | NAME OF SENTENCING JUDGE | |
| | Sean J. McLaughlin<br>United States District Judge | |
| | DATES OF PROBATION/ SUPERVISED RELEASE — FROM 08/08/06 — TO 08/08/11 | |

**OFFENSE**

Conspiracy to Distribute and Possess With Intent to Distribute Cocaine Base

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District Of Pennsylvania upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_11-3-06_
Date

_[signature]_
Sean J. McLaughlin
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_14 Nov 06_
Effective Date

_[signature]_
United States District Judge

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF PENNSYLVANIA
PROBATION OFFICE
Harrisburg

November 22, 2006

**LEONARD R. BOGART**
CHIEF PROBATION OFFICER

WILLIAM J. NEALON U.S. COURTHOUSE
P.O. BOX 191
SCRANTON, PA 18501-0191
570-207-5840
FAX 570-207-5880

**DIVISIONAL OFFICES:**

HARRISBURG, PA 17108-0805
P.O. BOX 805
717-901-2860
FAX 717-901-2890
WILLIAMSPORT, PA 17701-6458
240 WEST THIRD STREET
SUITE 114
570-323-3688
FAX 570-323-5862
WILKES-BARRE, PA 18701-1500
ROOM 201
197 S. MAIN STREET
570-826-6257
FAX 570-821-4194

U.S. Probation Office
17 South Park Road
Room A-110
Erie, PA 16501

Attention:   Karen Hubiak
             U.S. Probation Clerk

                **RE: Darrick AMBUSH**
                **Docket No. 99-00043-004 (WD/PA Erie)**
                <u>**Transfer of Jurisdiction to MD/PA**</u>

Dear Ms. Hubiak:

    We are returning one original of Probation Form 22 which was signed on November 14, 2006 by Chief U.S. District Judge Yvette Kane, accepting transfer of jurisdiction in this case to the Middle District of Pennsylvania.

    Please forward the Court file to:

        Pamela Warner
        Deputy Clerk
        U.S. District Court
        P.O. Box 983
        Harrisburg, PA 17108

    We note that Mr. Ambush has paid his $100 special assessment in full.

    Thank you for your assistance.

                        Sincerely,

                        Julie M. Persinger
                        U.S. Probation Officer

WESTERN DISTRICT OF PA.
**RECEIVED**
NOV 2 9 2006
U.S. PROBATION & PRETRIAL
SERVICES OFFICE

Enclosure